UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| NGA TRUONG,<br>      Plaintiff<br><br>v.<br><br>KEVIN PAGEAU, JOHN DOHERTY,<br>THOMAS GAFFNEY, GARY J. GEMME,<br>MICHAEL V. O'BRIEN and<br>CITY OF WORCESTER,<br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. 12-12222-TSH |

**STIPULATION OF DISMISSAL (WITH PREJUDICE)
AND MOTION FOR RETENTION OF JURISDICTION**

Plaintiff, Nga Truong and Defendants, Kevin Pageau, John Doherty, Thomas Gaffney, Gary J. Gemme, Michael V. O'Brien and City of Worcester (City), having agreed to settle this matter, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii), that this case is dismissed with prejudice, with all rights of appeal waived, and each party to bear its own costs and attorneys' fees. Because the settlement (a) provides for payments over the course of the next two years and (b) limits comment by the parties or counsel on the lawsuit and the terms of the settlement, the parties move the Court to enter an order providing that that the Court shall retain jurisdiction to enforce the terms of the settlement.

                                                                                 NGA TRUONG
                                                                                 By her attorneys,

                                                                                 */s/ John C. Reinstein*
                                                                                 John C. Reinstein (BBO#416120)
                                                                                 51 Abbottsford Road
                                                                                 Brookline, MA 02446
                                                                                 (617) 515-7986
                                                                                 jcreinstein@gmail.com

/s/ George F. Gormley
George F. Gormley (BBO#204140)
George F. Gormley, P.C.
160 Old Derby Street, Suite 456
Hingham, MA 02043
(617) 268-2999
gfgormley@aol.com

/s/ Edward P. Ryan, Jr.
Edward P. Ryan, Jr. (BBO#434960)
O'Connor and Ryan, P.C.
80 Erdman Way, Suite 309
Leominster, MA  01453
(978) 534-1301
edryan@oconnorandryan.com


KEVIN PAGEAU, JOHN DOHERTY,
THOMAS GAFFNEY, MICHAEL V.
O'BRIEN AND CITY OF WORCESTER
By their attorneys,

/s/ David M. Moore
David M. Moore (BBO#352580)
City Solicitor
Wendy L. Quinn (BBO#653954)
Kevin M. Gould (BBO#661545)
Assistant City Solicitors
City Hall, Room 301
455 Main Street
Worcester, MA  01608
(508) 799-1161
moored@worcesterma.gov
quinnwl@worcesterma.gov
gouldk@worcesterma.gov

CERTIFICATE OF SERVICE

I, hereby certify that, on this 19th day of July, 2016, the within Stipulation of Dismissal (With Prejudice) and Motion for Retention of Jurisdiction was served upon all counsel of record through this Court's electronic filing system as identified on the Notice of Electronic Filing.

/s/     John C. Reinstein

2